No. 63002.—Stanrich Mills Corporation *v.* United States, protest 58/11250 (New York).

Opinion by Wilson, J. The protest was dismissed.

BEFORE THE SECOND DIVISION, APRIL 28, 1959

No. 63003.—Hensel, Bruckmann & Lorbacher, Inc., et al. *v.* United States, protests 58/9732, etc. (New York).

Opinion by Rao, J. In accordance with stipulation of counsel that the merchandise consists of grape shears similar in all material respects to those the subject of *John H. Graham & Co., Inc.,* v. *United States* (41 Cust. Ct. 67, C.D. 2022), the claim of the plaintiffs was sustained.